IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| **JAROMIR KOVARIK and DARIA KOVARIKOVA,**<br>Plaintiffs<br>-against-<br><br>**INTERNAL REVENUE SERVICES (IRS),**<br><br>Defendant | **Case No. __________________**<br><br>**CIVIL ACTION**<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR RELIEF

### Nature of Complaint

The Plaintiffs, Jaromir Kovarik and Daria Kovarikova, jointly file this complaint against the Internal Revenue Service (IRS) for its failure to properly apply their 2018 federal tax overpayment and for its refusal to address numerous requests to resolve the matter. The IRS's inaction and improper conduct have caused significant financial and administrative harm to the Plaintiffs, who are exemplary taxpayers and retired professionals.

### Facts Supporting the Complaint

1. **Filing Status and Overpayment in 2018:**

   1.1. The Plaintiffs filed their federal taxes jointly as a married couple for the year 2018.

   1.2. Plaintiffs' original tax return for the year 2018 was filed after a properly granted IRS extension on or before October 15, 2019.

1.3. Their tax filing showed an overpayment of $7,069, which the Plaintiffs explicitly requested to be applied toward their 2019 federal tax liability.

1.4. The IRS has never questioned the validity of the Plaintiffs' 2018 tax overpayment or their right to ask for its allocation as a 2019 tax credit. pplication.

2. **Tax Preparation and Filing:**

2.1. The Plaintiffs' 2018 tax return was prepared and filed by their former tax attorney and accountant of many years, Roger N. Rosenberger, Esq., CPA ensuring accuracy and professional compliance with tax laws and regulations.

2.2. Mr. Rosenberger had been Plaintiffs' tax preparer for many years until his retirement in 2021.

2.3. There were never instances where Mr. Rosenberger failed to prepare and/or file tax returns for Plaintiffs.

3. **Professional and Tax Compliance Background:**

3.1. Plaintiff Jaromir Kovarik is a retired attorney, and Plaintiff Daria Kovarikova is a retired physician, both with exemplary professional and financial histories.

3.2. The Plaintiffs have consistently complied with their tax obligations, always paying their taxes on time and never previously encountering any issues or been audited by the IRS.

3.3. The plaintiffs had no reason not to file their 2018 tax return because they were due return of $7,069 on their tax overpayment.

4. **Failure to Provide Requested Transcripts:**

4.1. Despite multiple requests, the IRS failed to provide the Plaintiffs with copies of their tax records including Tax Account Transcript and Wage and Income Transcript for the tax years in question. These documents were

essential for the Plaintiffs to verify the status of their tax filings, payments, and overpayments.

4.2. The Plaintiffs started their document requests in 2021.

4.3. The Plaintiffs directly and through their new tax preparer, Tammie Wisniewski CPA, repeatedly requested these transcripts from the IRS, but no meaningful response or documents were provided, particularly for Mr. Kovarik.

5. **Repeated Attempts to Resolve the Issue:**

5.1. The Plaintiffs filed several duplicate copies of their 2018 tax return with the IRS in an effort to ensure the proper application of the overpayment. The IRS failed to act on these filings.

5.2. Numerous calls made by the Plaintiffs to the IRS to address the issue resulted in being given the "runaround," with no resolution or substantive progress.

5.3. Despite repeated requests, the Plaintiffs were unable to obtain communication with an IRS manager to address the matter at a higher level of authority.

5.4. IRS denied Plaintiffs claim by the letter of October 16, 2023.

6. **Appeals and Denials Without Due Process:**

6.1. The Plaintiffs filed several appeals in an effort to resolve the issue.

6.2. The IRS denied the Plaintiffs' last appeal without allowing Plaintiffs an opportunity to review their IRS file or adequately discuss the matter with an IRS representative.

7. **Erroneous Demand for Payment:**

7.1. The IRS subsequently issued an erroneous demand to each Plaintiff for $16,751.77, with a payment deadline of November 20, 2024.

7.2. This demand is based on the IRS's wrongful failure to apply the Plaintiffs' 2018 overpayment as requested, failure to act on duplicate copies of the 2018 tax return and failure to act on Plaintiffs' demands to be given proper information making the demand unjust and improper.

8. **Unjust Retention of Overpayment:**

8.1. The IRS has retained the Plaintiffs' 2018 overpayment without applying it to their 2019 tax liability, depriving the Plaintiffs of the rightful use of their funds.

8.2. The Plaintiffs demand interest on the retained overpayment for the time it was unjustly withheld by the IRS.

**<u>Legal Claims</u>**

9. **Negligence:**

9.1. The IRS has a duty to properly process and apply taxpayer overpayments and address taxpayer inquiries in a timely and efficient manner.

9.2. By failing to apply the Plaintiffs' 2018 overpayment to their 2019 tax liability, ignoring requests for records, and failing to act on repeated filings, the IRS breached this duty.

10. **Unjust Enrichment:**

10.1. The IRS has unjustly retained the Plaintiffs' 2018 overpayment without proper application, effectively benefiting from funds to which it is not entitled.

11. **Violation of Taxpayer Rights:**

11.1. The IRS's failure to provide requested records, respond to communications, or grant access to a manager violates the Plaintiffs' rights under the IRS Taxpayer Bill of Rights, including the right to quality service, the right to be informed, and the right to a fair and just tax system.

12. **Failure to Provide Requested Transcripts:**

12.1. The IRS's refusal to provide the Plaintiffs with their requested Tax Account Transcript and Wage and Income Transcript obstructed the Plaintiffs' ability to verify and address discrepancies, constituting an additional breach of its obligations.

13. **Interest on Retained Overpayment:**

13.1. The Plaintiffs assert that the IRS owes interest on their overpayment of $7,069 for the period it was wrongfully retained without being credited toward their tax liabilities.

**<u>Relief Requested</u>**

The Plaintiffs request the following relief:

14. Immediate credit and application of the $7,069 overpayment from 2018 toward their 2019 tax liability.
15. Withdrawal of the erroneous demand for $16,751.77 from each Plaintiff.
16. Payment of interest on the $7,069 overpayment for the time it was unjustly retained by the IRS.
17. Production of all relevant IRS files, including the requested Tax Account Transcript and Wage and Income Transcript for the years in question.
18. Reimbursement for any costs or damages incurred by the Plaintiffs due to the IRS's wrongful acts, including but not limited to legal fees, administrative costs, and interest on funds paid erroneously.

19. Any other relief the Court deems just and proper.

**Conclusion**

The Plaintiffs respectfully request that the Court compel the IRS to rectify its errors by properly crediting the 2018 overpayment, withdrawing the unjust demand for payment, addressing the Plaintiffs' repeated and reasonable requests for information, and compensating the Plaintiffs for damages and interest owed.

Date: November 20, 2024

Respectfully submitted,

**Signatures:**

/s/ Jaromir Kovarik

Jaromir Kovarik

/s/ Daria Kovarikova

Daria Kovarikova