IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAROMIR KOVARIK and<br>DARIA KOVARIKOVA,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>     Defendants. | : <br>: Civ. No. 1:24-CV-2022<br>:<br>:<br>:<br>:<br>:<br>: (Chief Magistrate Judge Bloom)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 29th day of August 2025, in accordance with the accompanying Memorandum Opinion, the plaintiffs' motion to reconsider (Doc. 21) is DENIED.

                                          s/ Daryl F. Bloom
                                          Daryl F. Bloom
                                          Chief United States Magistrate Judge